DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SONY TERMILIEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1255

[August 5, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Gillen, Judge; L.T. Case Nos. 50-2008-CF-012597-AXXX-MB and 50-2008-CF-017307-BXXX-MB.

Sony Termilien, Pahokee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See State v. McBride*, 848 So. 2d 287, 289-91 (Fla. 2003).

CIKLIN, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*